

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00495-CV

**IN THE INTEREST OF E.D.**, a child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01641
Honorable Richard Garcia, Judge Presiding

# O R D E R

The State's motion for extension of time to file its brief is GRANTED. The State's brief is due on **November 7, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court